IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>    Plaintiff<br><br>    v.<br><br>PEDRO SANCHEZ RODRIGUEZ, CARMEN<br>DELIA TORRES APONTE, and the<br>conjugal partnership constituted<br>by both,<br><br>    Defendants | CIVIL NO. 98-2164(JP)<br><br>FORECLOSURE OF MORTGAGE |



### ORDER FOR THE CANCELLATION OF JUNIOR LIEN(S)

WHEREAS, Upon the foreclosure of the mortgage executed by United States of America, for the principal sum of $42,500.00 as per Deed No. 71, before notary public Victor Manuel De Jesus, dated May 10, 1988, the Special Master appointed herein at a public sale held on April 8, 1999, sold to A&V Property, Inc., the premises described hereinbelow and as shown in Exhibit A attached hereto. Said property is recorded in the Property Registrar of Puerto Rico, Bayamon, Section III.

WHEREAS, the following junior lien(s)  exists on said property:

> "AVISO DE DEMANDA: seguido por la Corte de Distrito de Estados Unidos de América para el Distrito de Puerto Rico Civil Número 98-2164(JP), anotada al Asiento 70 del Diario 254 el 26 de octubre de 1998."



CIVIL NO. 98-2164(JP)                                                          p. 2
ORDER FOR THE CANCELLATION OF JUNIOR LIEN(S)

WHEREAS, Said property was sold at public auction for the sum of $62,000.00 to A&V Property, Inc., represented by Vidal B. Morejon Cabrera, which sale was confirmed by Order of this Court dated February 1, 1999 and which description of said property is as follows:

---URBANA: Lote número SEIS (6) del Bloque "G". Parcela de terreno localizada en la Urbanización Extensión Santa Ana del término municipal de Vega Alta, Puerto Rico, identificado en el plano de inscripción de la urbanización Extensión Santa Ana, con el número seis (6) del bloque "G" con una cabida de trescientos cincuenta y cinco metros cuadrados con veintidós (355.22mc); en lindes por el NORTE, en veintitrés metros (23.00) con el lote número siete (7); por el SUR, en veintidós metros con ochenta y seis centímetros (22.86) con el lote número cinco (5); por el ESTE, en quince metros con noventa y cuatro centímetros (15.94) con la calle número cinco (5) (Onix); y por el OESTE, en quince metros con cuatro centímetros (15.04) con el lote número veintiuno (21), todos los lotes mencionados ubican en el Bloque "G".  Enclava una casa.
---Consta inscrita al folio ciento noventa y seis (196) del tomo ciento setenta y cinco (175) de Vega Alta, finca número nueve mil trescientos dieciocho (9,318) Sección III de Bayamon. ------------

WHEREAS, having complied with all the requirements of law the purchaser, A&V Property, Inc. is entitled to have the above mentioned junior lien(s) duly canceled in the Registrar of Property.

WHEREOF, it is ordered by this Court that the Property Registrar of Puerto Rico, Bayamon, Section III, proceed to cancel the aforesaid junior lien(s), or in the event said junior lien(s) had not been registered, deny the same together with any and all entries made subsequent to the annotation of the complaint in this case.

CIVIL NO. 98-2164(JP)                                          p. 3
ORDER FOR THE CANCELLATION OF JUNIOR LIEN(S)

The Clerk of this Court is hereby Ordered to issue a Writ directed to the Property Registrar of Puerto Rico, Bayamon, Section III, so that the said public official complies with said Order.

San Juan, Puerto Rico, this 17 day of Feb, 2000.

_____